```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    NO. 3:06CR00253(AWT)
                              :
SHAMAR A. THORNTON            :
                              :
------------------------------x
```

**ORDER RE DEFENDANT'S MOTION
TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANT**

Based on the current state of the record, there is no genuine issue as to the facts as set forth in Part II of the Government's Response to Defendant's Motion to Disclose the Identity of Confidential Informant (Doc. No. 17) (the "Government's Response"), and the court accepts those facts for the purposes of ruling on the defendant's motion.  In light of those facts, the court concludes that the analysis in the Government's Response is correct.

Accordingly, Defendant's Motion to Disclose Identity of Confidential Informant (Doc. No. 16) is hereby DENIED.

It is so ordered.

Dated this 27th day of October 2006 at Hartford, Connecticut.

                              _____/s/AWT_____
                                 Alvin W. Thompson
                              United States District Judge